**JOINT STATUS REPORT PURSUANT TO RULE 26(f)**

Caption: **Sholeka Hill and Charles Fulkner v. 7-Eleven, Inc.** Civil Action No.: **2:22-cv-1845**

Basis of Jurisdiction: _____**Diversity**_____

Jury trial: ___**X**_____        Non-Jury Trial: _____        Arbitration: _____

Plaintiffs' Counsel participating in the Rule 16 Conference: **Michael A. Pileggi**
Defendant's Counsel participating in the Rule 16 Conference: **Robert W. Stanko/Andrew C. Goldstein**
Do counsel have full authority to settle at Rule 16 Conference: **Yes**

    If not, client with such authority who will attend conference: **N/A**

When did the parties hold the Rule 26 Conference: **5/31/2022**
When did the parties comply with Rule 26(a)'s duty of self-executing disclosures:
    Plaintiffs: **Forthcoming**   /  Defendant: **Forthcoming**
Does either side expect to file a case-dispositive motion? ___**Yes**___ (yes/no)

    If yes, under what Rule        **56**
    If yes, specify the issue        **Notice**
    Proposed Deadline for filing dispositive motions: **30 days after Plaintiffs' expert disclosures.**
    Does either side anticipate the use of experts?   **Yes**

    If yes, what is the proposed deadline for expert discovery? **Plaintiffs – 30 days after close of discovery.  Defendant – 30 days after Plaintiff's expert disclosures.**


Approximate date the case should be trial ready:
    Time for the plaintiff's case: __**2 days**__   Time for the defendant's case: __**1 day**_____

Is a settlement conference likely to be helpful? _____**Yes**_____   If so, when:
    Early __**No**____(yes/no)        After Discovery_____**Yes**_____(yes/no)
Do the parties wish to proceed before a Magistrate Judge for final disposition?   **No**

Plan for Discovery:

1.    The parties anticipate that discovery should be completed in __**120**__ days.

2.    What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to?   **The parties agree to participate in a settlement conference following the exchange of expert reports.**

3.    Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rue 26(f)(3)(D)?        **N/A**

4.     Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan: **N/A**

5.     If you contend the discovery period should exceed 90 days, please state the reason:

      **N/A**

6.     Do the parties anticipate the need to subpoena any third parties? __**Yes**__

   If yes, to the extent any authorizations or releases are required to be signed, counsel should exchange them in advance of the Rule 16 Conference.

| | |
|---|---|
| **SALTZ MONGELUZZI & BENDESKY, P.C.** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| BY: _/s/ Michael A. Pileggi_<br>Michael A. Pileggi, Esquire<br>Attorney for Plaintiffs,<br>Sholeka Hill and<br>Charles Fulkner | BY: _/s/ Robert W. Stanko_<br>Robert W. Stanko, Esquire<br>Andrew C. Goldstein, Esquire<br>Attorneys for Defendant,<br>7-Eleven, Inc. (also incorrectly identified as 7-Eleven) |

LEGAL/146423627.v1